James Andre **BENTON**, Plaintiff–Appellant,

v.

Warden Glenn **RICH**, Deputy Warden R.D. Collins, Sergeant Potter, Sergeant Hobby, Officer Osborn, Defendants–Appellees.

No. 07–16001

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 22, 2008.

McNeill Stokes, Atlanta, GA, for Plaintiff–Appellant.

Andrea S. Hirsch, Matthew Peter Stone, Freeman, Mathis & Gray, LLP, Devon Orland, Office of the Attorney General, Michelle Katherine McDonald, David C. Will, Owen Gleaton Egan Jones & Sweeney, LLP, Atlanta, GA, for Defendants–Appellees.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Plaintiff is an inmate in a Georgia prison. He brought this suit under 42 U.S.C. § 1983 alleging that certain conditions of his confinement are cruel and unusual in violation of the Eighth and Fourteenth Amendments. The district court, adopting the report and recommendation of the magistrate judge as the opinion of the court, dismissed his complaint without prejudice because he failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act before instituting this lawsuit. He now appeals.

We agree with the district court that plaintiff failed to exhaust his administrative remedies and is therefore precluded from maintaining this action.

**AFFIRMED.**